**Order filed October 26, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-17-00632-CV
_____

### ALI YAZDCHI, Appellant

### V.

### TD AMERITRADE AND WILLIAM E. RYAN, Appellees

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2014-74155**

## ORDER

This is an appeal from an order signed May 2, 2017, granting appellee TD Ameritrade's motion for summary judgment. Appellant filed a notice of appeal on July 31, 2017. This court found appellant indigent for purposes of the appellate filing fee on October 5, 2017. Appellant also filed a statement of inability to afford payment of court costs in the trial court on October 5, 2017.

"A party who files a Statement of Inability to Afford Payment of Court Costs

cannot be required to pay costs except by order of the court as provided by this rule." Tex. R. Civ. P. 145(a). "Costs" includes fees charged by the court reporter for preparation of the appellate record. Tex. R. Civ. P. 145(c). It appears no contest to the statement or trial court order regarding the statement has been filed.

Accordingly, the Harris County District Clerk is directed to file the clerk's record by **November 27, 2017**.

PER CURIAM